# UNITED STATES DISTRICT COURT

## for the

### Western District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No: 5:97CR109-1 |
| ROGER BYRD | ) | USM No: 11610-058 |
| | ) | Tanzania Cannon-Eckerle |
| Date of Previous Judgment: March 15, 1999 | ) | Defendant's Attorney |
| (Use Date of Last Amended Judgment if Applicable) | ) | |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ■ the defendant ❐ the Director of the Bureau of Prisons ❐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
- ■ DENIED. ❐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 41 | Amended Offense Level: | 39 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 360 to Life months | Amended Guideline Range: | 360 to Life months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

- ❐ The reduced sentence is within the amended guideline range.
- ❐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
- ■ Other (explain): No reduction as the guideline range remains unchanged. After applying Amendment 706, the guideline imprisonment range remains at 360 months to life, with a statutory maximum of 360 months after a Notice of 21 U.S.C. § 851 is applied (Not more than 30 years imprisonment). Therefore, Amendment 706 has no impact on the defendant's sentence.

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated March 15, 1999 shall remain in effect.

**IT IS SO ORDERED**.

Order Date: May 4, 2009

Effective Date: May 4, 2009
(if different from order date)

Richard L. Voorhees
United States District Judge